IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:09-CV-37-D

| | | |
|---|---|---|
| TIMOTHY BRYAN LARRIMORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| STATE OF NORTH CAROLINA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Timothy Larrimore has returned. Larrimore is a delusional pro se litigant who has repeatedly filed frivolous lawsuits in this district. See, e.g., In re Larrimore, No. 5:08-MC-27-D, 2008 WL 5085028 (E.D.N.C. Nov. 26, 2008) (unpublished). On March 11, 2009, Larrimore filed yet another suit. He is suing:

```
STATE OF NORTH CAROLINA
ALL JUDGES
ALL DISTRICT ATTORNEYS
ALL LAWYERS
ALL MAGISTRATES
ALL AMERICAN CIVIL LIBERTIES UNIONS
ALL STATE BARS
ALL JUDICIAL STANDARDS COMMISSIONS
ALL LOCAL BAR ASSOCIATIONS
ALL FEDERAL COURT JUDGES
ALL FEDERAL COURT DISTRICT ATTORNEYS
ALL FEDERAL COURT MAGISTRATES
ALL MASONIC LODGES
ALL SHERIFFS
ALL POLICE OFFICERS
ALL BAILIFFS
ALL DEPUTIES
ALL LAW SCHOOL COLLEGES
ALL LAW ENFORCEMENTS
ALL NORTH CAROLINA HOUSE OF REPRESENTATIVES MEMBERS
ALL NORTH CAROLINA SENATE MEMBERS
ALL FEDERAL BUREAU OF INVESTIGATION EMPLOYEES
ALL STATE BUREAU OF INVESTIGATION EMPLOYEES
ALL BAR ASSOCIATIONS
```

```
ALL COUNTY GOVERNMENTS
ALL COUNTY EMPLOYEES
ALL COUNTY COMMISSIONERS
ALL MAYORS
ALL CITY GOVERNMENTS
ALL TOWN GOVERNMENTS
ALL COUNTY ATTORNEYS
ALL CITY ATTORNEYS
ALL ELECTED GOVERNMENT, FEDERAL, STATE, COUNTY, CITY, TOWNS
ALL ELECTED GOVERNMENT OFFICIALS
ALL COLLEGE SORORITIES
ALL CLUBS
ETC.
```

Compl. 1 [D.E. 1]. Larrimore seeks over one trillion dollars from each defendant. See id. Larrimore entitled the complaint "Discremination Lawsuit." Id. The complaint then states, "If you gonna sue, sue for the cloke to. . . . I hate America, the crookest country in the world because of failures called college educated people." Id. Larrimore attached a one-inch thick stack of documents to his one-page complaint. The documents include the delusional and highly offensive ramblings of a troubled man.

Plaintiff's action is frivolous and is dismissed. Moreover, in light of this court's order of November 26, 2008,[1] Larrimore's failure to respond to that order (including the warning), and Larrimore's latest "lawsuit," the court hereby:

1. SANCTIONS plaintiff $2,000.00 for his continued abuse of the judicial system. Plaintiff shall pay this amount to the Clerk of the United States District Court for the Eastern District of North Carolina.

2. ORDERS that plaintiff may not file ANY document (or anything else) with this court (except as set forth in paragraph 3 below) UNLESS he first pays the $2,000.00 sanction and then

---

[1] See In re Larrimore, 2008 WL 5085028, at *3 ("Larrimore is HEREBY WARNED that the court is considering entering a prefiling injunction and other sanctions . . . . Further, Larrimore is invited to file a written response and SHOW CAUSE why this court should not enter a prefiling injunction and other sanctions . . . .").

files a motion and obtains leave of court from a United States District Judge. As part of any motion for leave of court to file anything with this court, plaintiff MUST attach a copy of this order. Other than a notice of appeal pursuant to paragraph 3 below, the Clerk is DIRECTED to refuse to accept any documents (or anything else) from plaintiff and to return said documents to plaintiff. This restriction applies to any case in this district, pending or terminated, as well as to any future case plaintiff seeks to initiate in this district. If plaintiff seeks to initiate a lawsuit in another district, he SHALL include a copy of this order.

3. ORDERS that plaintiff may file a notice of appeal from this order ONLY IF such notice of appeal is accompanied by this order and any appellate filing fee that the United States Court of Appeals for the Fourth Circuit may require. The court hereby certifies that a timely appeal from this order may proceed. In permitting an appeal to proceed, plaintiff is WARNED that the United States Court of Appeals for the Fourth Circuit has the authority to impose sanctions (including additional monetary sanctions) on plaintiff. If plaintiff does file an appeal, this court would not be surprised at all if the Fourth Circuit imposed its own monetary sanctions on plaintiff.

SO ORDERED. This 2 day of April 2009.

JAMES C. DEVER III
United States District Judge

3